IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSE SALINAS, JR.,

    Plaintiff,

vs.                                                                     Civ. No. 26cv360 JFR/SCY

K AND D TRANSPORTATION, LLC and
JHONNY LOUIDOR,

    Defendants.

**ORDER TO AMEND NOTICE OF REMOVAL
OR CITIZENSHIP DISCLOSURE STATEMENT**

This matter comes before the Court sua sponte, following its review of the Notice of Removal. Doc. 1. Defendants K and D Transportation, LLC ("KD") and Jhonny Louidor removed this action to federal court citing diversity jurisdiction. *Id*. The Court has a sua sponte duty to determine whether subject matter jurisdiction exists. *See Tuck v. United States Auto. Ass'n*, 859 F.2d 842, 844 (10th Cir. 1988).

Under 28 U.S.C. § 1332(a), federal courts have "original jurisdiction in all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs and is between citizens of different States . . . ." When a plaintiff files a civil action in state court over which the federal court would have original jurisdiction based on diversity of citizenship, the defendant may remove the action to federal court, provided that no defendant is a citizen of the State in which such action is brought. *See* 28 U.S.C. § 1441(a), (b). "[T]he ultimate burden of establishing complete diversity" lies with "the party seeking to invoke federal jurisdiction." *ADA Carbon Sols. (Red River), LLC v. Atlas Carbon, LLC*, 146 F.4th 1296, 1306 (10th Cir. 2025); *Dutcher v. Matheson*, 733 F.3d 980, 985 (10th Cir. 2013).

The Notice of Removal alleges that "Defendant KD is a limited liability company, consisting of one member, who resides in the State of Georgia, and therefore is a citizen of Georgia for diversity purposes." Doc. 1 ¶ 3. However, the Corporate Disclosure Statement declares that "K and D Transportation, LLC certifies that it is a limited liability corporation . . . [that] has one member: Jhonny Louidor. Jhonny Louidor is a citizen of the State of Florida." Doc. 1-3 at 1.

Although diversity jurisdiction exists regardless of whether Louidor is a citizen of Georgia or Florida, the record must reflect jurisdictional facts correctly before this case can proceed. Therefore, the Court orders Defendants to amend either the Notice of Removal or the Corporate Disclosure Statement such that both documents correctly reflect the citizenship of Louidor.

**IT IS HEREBY ORDERED** that Defendants file an amended notice of removal or amended corporate disclosure statement no later than February 19, 2026.

STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE